UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. STAINER,<br><br>    Defendant. | Case No.  14-cv-04873-JST (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 6 |

Pursuant to plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, this case is DISMISSED without prejudice.  No filing fee is due.

The Clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
JON S. TIGAR
United States District Judge